UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DALVIN SANCHEZ MUNOZ,

                Plaintiff,

-v-                                      CIVIL ACTION NO.: 25 Civ. 1089 (PAE) (SLC)

                                                      **ORDER**

ELITE AUTO SOUND AND SECURITY CORP. and
LEONELDY TEJADA,

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the Initial Case Management Conference held today, June 5, 2025, a status conference to discuss the status of discovery is scheduled for **Monday, July 28, 2025 at 2:30 p.m.** on the Court's Webex platform. The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654, at the scheduled time. By separate Order, the Court will enter the case management plan.

Dated:        New York, New York
               June 5, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**