UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DALVIN SANCHEZ MUNOZ,

          Plaintiff,

-v-

ELITE AUTO SOUND AND SECURITY CORP. and LEONELDY TEJADA,

          Defendants.

CIVIL ACTION NO.: 25 Civ. 1089 (PAE) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Pursuant to the discussion at the telephonic conference held today, July 28, 2025, the parties are ORDERED to submit a joint status letter by **Monday, August 11, 2025** advising the Court as to whether the parties request that the fact discovery deadline be held in abeyance pending completion of mediation through the Court-annexed Mediation Program.

Dated:    New York, New York
           July 28, 2025

                          SO ORDERED.

                          _/s/ Sarah L. Cave_
                          SARAH L. CAVE
                          **United States Magistrate Judge**