UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DALVIN SANCHEZ MUNOZ,

                    Plaintiff,

        -v-

ELITE AUTO SOUND AND SECURITY CORP. and
LEONELDY TEJADA,

                    Defendants.

CIVIL ACTION NO.: 25 Civ. 1089 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 28, 2025, the Court ordered the parties to submit a joint letter informing the Court whether they request that the fact discovery deadline be held in abeyance pending completion of mediation in this action.  (ECF No. 20 (the "Joint Letter")).  On August 12, 2025, per the parties' request, the Court extended the deadline to file the Joint Letter to August 18, 2025.  (ECF No. 24).  To date, the parties have not submitted the Joint Letter.  As a one-time courtesy the Court sua sponte EXTENDS the deadline to file the Joint Letter to **Friday, August 22, 2025.**

Dated:        New York, New York
              August 19, 2025

                                        SO ORDERED.

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**