UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DALVIN SANCHEZ MUNOZ,

               Plaintiff,

 -v-

ELITE AUTO SOUND AND SECURITY CORP. and LEONELDY TEJADA,

               Defendants.

CIVIL ACTION NO. 25 Civ. 1089 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Based on the completion of an unsuccessful mediation, the parties are ORDERED to file a joint status letter by **Monday, November 10, 2025** informing the Court of the parties' next steps in this action. The Court's order directing the parties to file a joint status letter on the status of mediation at Dkt. No. 30 is VACATED.

Dated:     New York, New York
            November 3, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**