

# Seo Law Group, PLLC

136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

November 19, 2025

Joshua A. Scerbo, Esq.
Office Tel: (718) 500-3340
Direct Tel: (718) 500-3342
Email: joshua@seolawgroup.com

**VIA ECF**

Honorable Judge Sarah L. Cave
United States Magistrate Judge
United States District Court Southern District of New York
500 Pearl Street
New York, NY 10007

> The Court is in receipt of the parties' proposed schedule for the remainder of fact discovery at Dkt. No. 39. The proposed schedule is ADOPTED IN PART with the only change being that post-deposition demands shall be served by **Friday, January 9, 2026**. Accordingly, the fact discovery deadline is EXTENDED to **Friday, January 9, 2026**.
>
> SO ORDERED   11/20/25
>
> SARAH L. CAVE
> United States Magistrate Judge

Re: **Sanchez Munoz v. Elite Auto Sound And Security Corp. et al.;**
EDNY Docket No.: 1:25-cv-01089-PAE-SLC

Your Honor:

This letter is submitted jointly on behalf of Plaintiff Dalvin Sanchez Munoz and Defendants Elite Auto Sound and Security Corp. and Leoneldy Tejada pursuant to the Court's orders regarding case management as per the Court's Order of November 12, 2025.

The parties have met and conferred and respectfully submit the following proposed schedule to the Court:

1) Plaintiff's deposition will occur on December 15, 2025.
2) Defendant's deposition will occur on December 17, 2025
3) Non-party witness Yadelfi Tejada's deposition will occur on December 18, 2025.
4) Post deposition demands, if necessary, shall be served by January 16, 2026, with responses to be served in accordance with the FRCP.

We thank the Court for its time and consideration of the matter.

Respectfully Submitted,

Seo Law Group, PLLC

By:__/s/ *Joshua A. Scerbo*_____
Joshua A. Scerbo, Esq.
*Attorneys for Defendants*

cc: All counsel of record (via ECF)