UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DALVIN SANCHEZ MUNOZ,

                                        Plaintiff,

                    -v-

ELITE AUTO SOUND AND SECUIRTY CORP. *and*
LEONELDY TEJADA,

                                        Defendants.

---

25 Civ. 1089

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons set forth on the record of today's conference, the Court set the following pretrial and trial schedule.

- The parties' motions *in limine* and joint pretrial order, as required by the Court's Individual Rule 5(A), are due **June 1, 2026**. Counsel are directed to review the Court's Individual Rules and Practices in Civil Cases, found at https://nysd.uscourts.gov/hon-paul-engelmayer.

- Responses to any motions *in limine* are due **June 8, 2026**.

- The parties' pretrial materials, as required by the Court's Individual Rule 5(B), including, *inter alia*, requests to charge, and proposed *voir dire* are due **June 12, 2026**.

- A final pretrial conference is scheduled for **June 16, 2026** at **2:30 p.m.** This conference will be held in **Courtroom 1305** of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

- Trial is scheduled to commence on **June 22, 2026** at **9:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 4, 2026
      New York, New York