UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DALVIN SANCHEZ MUNOZ,

                              Plaintiff,

              -v-

ELITE AUTO SOUND AND SECUIRTY CORP. *and*
LEONELDY TEJADA,

                              Defendants.

---

25 Civ. 1089

ORDER

PAUL A. ENGELMAYER, District Judge:

On May 18, 2026, Magistrate Judge Sarah L. Cave held a settlement conference with the parties in the above-captioned matter, resulting in a settlement in principle, subject to the Court's approval as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). For avoidance of doubt, the Court maintains the June 22, 2026 trial date, Dkt. 50, pending such approval.  Counsel are encouraged to pursue *Cheeks* approval forthwith.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 19, 2026
       New York, New York