UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DALVIN SANCHEZ MUNOZ,

                    Plaintiff,

     -v-

                                                  CIVIL ACTION NO.: 25 Civ. 1089 (SLC)

ELITE AUTO SOUND AND SECURITY CORP. and              **ORDER**
LEONELDY TEJADA,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

This case contains one or more claims arising under the Fair Labor Standards Act.  In light of the requirements of Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), the parties must file a joint Letter-Motion that addresses whether the settlement is fair and reasonable.

The parties must file their Letter-Motion by **Monday, June 22, 2026** and should address the claims and defenses, the defendants' potential monetary exposure and the bases for any such calculations, the strengths and weaknesses of the plaintiff's case and the defendants' defenses, any other factors that justify the discrepancy between the potential value of plaintiff's claims and the settlement amount, the litigation and negotiation process, as well as any other issues that might be pertinent to the question of whether the settlement is reasonable (for example, the collectability of any judgment if the case went to trial).

The joint Letter-Motion should also explain the attorney fee arrangement, attach a copy of any retainer agreement, and provide information as to actual attorneys' fees expended

(including billing records and costs documentation).  Finally, a copy of the settlement agreement itself must accompany the joint Letter-Motion.

Dated:    New York, New York
          May 22, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**

2