UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DALVIN SANCHEZ MUNOZ,

Plaintiff,

-v-

ELITE AUTO SOUND AND SECURITY CORP. and LEONELDY TEJADA,

Defendants.

CIVIL ACTION NO.: 25 Civ. 1089 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's unopposed motion requesting approval of a settlement agreement (the "Motion") pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). (Dkt. Nos. 57-59). The Court has reviewed the Motion and is unable to approve the settlement agreement without further information. The Court understands that the native language of Plaintiff Dalvin Sanchez Munoz ("Plaintiff") is Spanish. (Dkt. Nos. 59 at ¶ 10; 59-3). The Motion, however, is silent on whether the settlement agreement was translated for Plaintiff into Spanish. Accordingly, by **Friday, July 10, 2026**, Plaintiff's counsel shall submit a supplemental declaration attesting that Plaintiff was either provided with a translated copy of the settlement agreement or that it was read to him in Spanish.

Dated: New York, New York
July 6, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**